UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| QUINTAYUS D. MOORE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:18-CV-112 AGF |
| JOSHUA GREGORY, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's request to have his initial partial filing fee of $1.00, as well as the remaining fee payments, deducted from his prisoner account at Cape Girardeau County Jail. The Court will grant plaintiff's request. The Clerk of Court shall instruct the agency having custody of plaintiff to begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $350 filing fee is paid in full.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall request that the agency having custody of plaintiff begin making payments in accordance with 28 U.S.C. § 1915(b)(2) until the $350 filing fee is paid in full.

Dated this 4th day of June, 2018.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE